**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Vineburg, LLC |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA Vineburg Wine Co.<br>DBA Gundlach Bundschu Winery<br>DBA Rhinefarm Vineyards |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 68-0466361 |
| **4.** | **Debtor's address** | **Principal place of business**<br>2000 Denmark Street<br>Sonoma, CA 95487<br>Number, Street, City, State & ZIP Code<br>Sonoma<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box 1<br>Vineburg, CA 95487<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | www.gunbun.com |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Case: 26-10736 Doc# 1 Filed: 09/23/26 Entered: 09/23/26 00:26:52 Page 1 of 88

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

3121

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

.

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 26-10736 Doc# 1 Filed: 09/23/26 Entered: 09/23/26 00:26:52 Page 3 of 88

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2026
MM / DD / YYYY

**X** /s/ Jeff Bundschu
Signature of authorized representative of debtor

Jeff Bundschu
Printed name

Title Chief Executive Officer

---

**18. Signature of attorney**

**X** /s/ Stephen D. Finestone
Signature of attorney for debtor

Date September 22, 2026
MM / DD / YYYY

Stephen D. Finestone 125675
Printed name

Finesstone Hayes LLP
Firm name

456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Number, Street, City, State & ZIP Code

Contact phone (415) 421-2624  Email address sfintstone@fhlawllp.com

125675 CA
Bar number and State

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**BY THE MEMBER/MANAGERS OF**
**VINEBURG LLC, a Limited Liability Company**

**9/22/2026**

The undersigned, as the members/managers of Vineburg LLC (the "**Company**"), acting by unanimous written consent, do hereby consent to the adoption of the following resolutions

**WHEREAS**, the Company and its members/managers have reviewed the historical performance of the Company, the market for the Company's products, and the current and long-term liabilities of the Company as of the date hereof;

**WHEREAS**, the members/managers have been monitoring the performance of the Company and exploring various alternatives for the Company in connection with its relationship with its creditors, particularly with respect to its business operations and its liabilities;

**WHEREAS**, the members/managers have determined that it is advisable and in the best interests of the Company, its creditors, its equity holders, and other interested parties that a voluntary petition (the "**Bankruptcy Case**") be filed by the Company under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**");

**WHEREAS**, the members/managers have determined that it is advisable and in the best interests of the Company, its creditors, its equity holders, and other interested parties that the Company file all petitions, motions, declarations, schedules, lists, and other papers or documents necessary or proper to obtain relief under the Bankruptcy Case (the "**Bankruptcy Petitions**"); and

**WHEREAS**, the members/managers have determined that it is advisable and in the best interests of the Company, its creditors, its equity holders, and other interested parties that the Company take any and all actions necessary or proper to obtain relief under the Bankruptcy Case, including retaining any and all assistance by legal counsel, financial advisers, accountants, and/or other professionals and to take any and all action necessary and proper in connection with the Bankruptcy Case, with a view to the successful prosecution of such case (collectively, the **Bankruptcy Actions**");

## GENERAL AUTHORIZATION

**NOW, THEREFORE, BE IT RESOLVED**, that (i) the filing, execution, negotiation, delivery, and performance of the Bankruptcy Petitions and the Bankruptcy Actions on behalf of the Company be, and hereby is, approved, confirmed, and ratified; and (ii) Jeffrey T. Bundschu and anyone acting under his authority (the "**Authorized Representatives**") are, and each of them acting alone hereby is, authorized, empowered, and directed, in the name of and on behalf of the Company, to execute, deliver, and perform the Bankruptcy Petitions, the Bankruptcy Actions, and such other ancillary agreements, documents, and certificates as the Authorized Officer executing the same determines is necessary or appropriate;

**RESOLVED FURTHER**, that all acts lawfully done, or actions lawfully taken by the Authorized Representatives of the Company to seek relief under the Bankruptcy Code or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

**RESOLVED FURTHER**, that the Authorized Representatives of the Company are authorized and directed to engage legal counsel, financial advisers, accountants, and/or other professionals, execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of legal counsel, financial advisers, accountants, and/or other professionals to the Company in furtherance of the Company's objectives pursuant to the Bankruptcy Case.

**RESOLVED FURTHER**, that the Authorized Representatives, and any Authorized Representative acting alone, be, and each of them acting alone hereby is, authorized, empowered and directed, in the name of and on behalf of the Company, to execute and deliver any and all other agreements, certificates, deeds, instruments, petitions, motions, declarations, or other documents required to be filed or entered into or contemplated by the foregoing resolutions, including any certificates, and to do or cause to be done any and all further acts and things which any such Authorized Representative(s) may deem necessary, advisable, or appropriate in connection with the execution, delivery, and performance of the Bankruptcy Petitions and the Bankruptcy Actions;

**RESOLVED FURTHER**, that the consummation of the actions contemplated by the foregoing resolutions and the execution and delivery by the Authorized Representative, and any Authorized Representative acting alone, of any document, agreement, certificate, or instrument and the doing by such Authorized Representative(s) of any act in connection with the foregoing shall conclusively establish his or her authority to do so on behalf of the Company;

**RESOLVED FURTHER**, that any and all actions heretofore taken by the Authorized Representatives, and any Authorized Representative acting alone, in connection with the matters contemplated by the foregoing resolutions be, and they hereby are, approved, ratified, and confirmed in all respects as fully as if such actions had been presented for approval prior to such actions being taken; and

**RESOLVED FURTHER**, that this consent may be executed in one or more counterparts, and each counterpart shall be deemed an original together constituting one instrument.

[*Signatures on following page(s).*]

**IN WITNESS WHEREOF**, the undersigned, being all of the managers/members of the Company, have executed this unanimous written consent on and as of the date first set forth above.

Vineburg Wine Company, Inc.

Jeffrey T. Bundschu
President

Vineburg Vineyards, Inc.

James T. Bundschu
President

Jeffrey T. Bundschu, Trustee of the James T. and Nancy A.K. Bundschu Irrevocable Trust dated June 9, 2000, as amended



Case: 26-10736 Doc# 1 Filed: 09/23/26 Entered: 09/23/26 00:26:52 Page 7 of 88

**Fill in this information to identify the case:**

Debtor name Vineburg, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ______________________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________________
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2026

*X* /s/ Jeff Bundschu
Signature of individual signing on behalf of debtor

Jeff Bundschu
Printed name

Chief Executive Officer
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Vineburg, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American AgCredit, FLCA<br>4845 Old Redwood Highway<br>Santa Rosa, CA 95403 | | | | $17,304,673.54 | $8,500,000.00 | $8,804,673.54 |
| CQ&A Consulting Customer Compliance<br>P.O. Box 777<br>Pinole, CA 94564 | | | | | | $44,000.00 |
| Emerson Wines<br>3289 Scenic Drive<br>Napa, CA 94558 | | | | | | $18,000.00 |
| Farella Braun & Martel, LLP<br>One Bush Street, Suite 900<br>San Francisco, CA 94104 | | | | | | $10,042.79 |
| Flock Safety<br>3284 Northside Parkway Nw<br>Atlanta, GA 30327 | | | | | | $12,000.00 |
| Franciscan Holdings, LLC<br>812 Jones Street<br>Berkeley, CA 94710 | | | | | | $35,053.57 |
| H A Financing & Services Corp.<br>1225 E. Macarthur Street<br>Sonoma, CA 95476 | | | | | | $100,276.63 |
| Lewis Mechanical Inc.<br>3715 Santa Rosa Ave<br>Santa Rosa, CA 95407 | | | | | | $8,398.83 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Vineburg, LLC
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pacific Gas & Electric Co<br>P.O. Box 997300<br>Sacramento, CA 95899 | | | | | | $39,921.01 |
| River Road Grape Farm, LLC<br>C/O Russian River Partners<br>P.O. Box 1022<br>Windsor, CA 95492 | | | | | | $13,047.15 |
| Scott Premium Closures LLC<br>828 Walker Road, Suite 21-2<br>Dover, DE 19904 | | | | | | $48,090.80 |
| Sonoma County Water Agency<br>404 Aviation Blvd.<br>Santa Rosa, CA 95403 | | | | | | $38,878.25 |
| Sonoma Wine 2000 Denmark, LLC<br>c/o Tiverton Advisors, LLC<br>301 Hillsborough Street, Suite 1020<br>Raleigh, NC 27603 | | | Disputed | $18,144,889.79 | $8,735,438.99 | $9,409,450.80 |
| Theodore Nagel<br>19080 Gehricke Road<br>Sonoma, CA 95476 | | | | | | $75,893.59 |
| Tricorbraun Inc.<br>P.O. Box 104638<br>Pasadena, CA 91189 | | | | | | $82,981.14 |
| UBS Agrivest Farmland Fund LP<br>Farmland Investors LLC<br>1920 Tienda Drive, Suite 204<br>Lodi, CA 95242 | | | | | | $100,000.00 |
| UPS<br>P.O. Box 650116<br>Dallas, TX 75265 | | | | | | $44,118.85 |
| Valley Forklift<br>P.O. Box 2637<br>Fresno, CA 93745 | | | | | | $18,615.01 |
| Walsh Vineyards Management, Inc.<br>1125 Golden Gate Drive<br>Napa, CA 94558 | | | | | | $576,682.34 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Vineburg, LLC
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Winecare Logistics, Inc.<br>101 W American Canyon Road<br>Suite 508-356<br>American Canyon, CA 94503 | | | | | | $61,173.76 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Vineburg, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals 12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 8,500,000.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 8,735,438.99 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 17,235,438.99 |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ 35,449,563.33 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ 0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ 3,664,532.95 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 39,114,096.28 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name Vineburg, LLC |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand** — $2,213.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | BMO Bank N.A. Checking Account (x1793) | Checking | 1793 | $1,539,267.22 |
| 3.2. | BMO Bank N.A. Checking Account (x1801) | Checking | 1801 | $0.00 |
| 3.3. | BMO Bank N.A. Checking Account (x4524) | Checking | 4524 | $0.00 |
| 3.4. | BMO Bank N.A. Checking Account (x6853) | Checking | 6853 | $0.00 |
| 3.5. | Bank of America, N.A | Certificate of Deposit | 0326 | $525.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** — $1,542,005.22

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. Security Deposit (with Landlord for Evergreen Warehouse) — $18,600.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. Prepayments for CQ&A Consulting (out of state sales tax), American National insurance (auto, property, stock, umbrella), Paragon Insurance (stock), Illinois Midwest insurance (WC), California FairPlan / Bamboo insurance (Thornsberry house), Guardian (vision and dental insurance), Sonoma Valley Vintners Association, Deepnet - Meriaki access point subscription, Yooz, AP processing quarterly invoicing. — $64,196.00

9. **Total of Part 2.** — $82,796.00
Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: 230,561.41 (face amount) - 68,478.64 (doubtful or uncollectible accounts) = .... $162,082.77

12. **Total of Part 3.** — $162,082.77
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☒ Yes Fill in the information below.

| | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | | | |
| 15.1. American Agcredit Stock Certificates (Book Value $1,000.00) | % | | $1,000.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Describe:

17. **Total of Part 4.** $1,000.00
Add lines 14 through 16. Copy the total to line 83.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | See Attachment B | 12/31/2025 | $4,481,398.00 | Specific Identification Method | $546,285.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | 34,608 Cases of 750 ml Wine and Other Miscellaneous Bottled Wine. | 8/27/2025 | $5,066,448.00 | Specific Identification Method | $6,300,000.00 |
| 22. | **Other inventory or supplies** | | | | |
| | Merchandise, Food, and Miscellaneous Inventory Available for Sale | 6/30/2025 | $0.00 | Specific Identification Method | $7,620.00 |

23. **Total of Part 5.** $6,853,905.00
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value 56,056.50 Valuation method Specific Cost Current Value 0.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** | | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Grapevines and Grapes (Currently in Harvest) Value of the Crops are included in the value of the Real Property. | $1,477,220.00 | Historical Cost and Specific Identification Method | $0.00 |

29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

30. **Farm machinery and equipment** *(Other than titled motor vehicles)*

| | | | |
|---|---|---|---|
| See Attachment C | $140,908.54 | Historical Cost | Unknown |

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

| | | | |
|---|---|---|---|
| See Attachment D | $54,855.95 | Historical Cost | Unknown |

33. **Total of Part 6.** $0.00

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☒ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| See Attachment E | $57,880.41 | Historical Cost | Unknown |
| 40. **Office fixtures** | | | |
| See Attachment F | $349,849.98 | Historical Cost | Unknown |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attachment G | $77,233.64 | Historical Cost | Unknown |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1. J. Gundlach Pocket Watch, Towle's Hill Painting, 2008 VR Painting | $8,251.32 | Appraisal | Unknown |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2005 Chevy Silverado (VIN x9943) | $0.00 | Historical Cost | $1,000.00 |
| 47.2. 2007 Nissan Frontier (VIN x1953) | $0.00 | Historical Cost | $2,000.00 |
| 47.3. 2012 Nissan Frontier (VIN x1125) | $0.00 | Historical Cost | $4,400.00 |
| 47.4. 2017 Jeep Wrangler (VIN x6926) | $0.00 | Historical Cost | $13,500.00 |
| 47.5. 2004 Freightliner Flatbed Truck (VIN x2535) | $0.00 | Historical Cost | $3,000.00 |
| 47.6. 2016 Chevy Silverado (VIN x1771) | $0.00 | Historical Cost | $14,000.00 |
| 47.7. 1973 Pinzgauer Class BE (VIN 0197) | $0.00 | Historical Cost | $17,500.00 |
| 47.8. 2020 Chevy Silverado Flatbed (VIN x5999) | $0.00 | Historical Cost | $31,500.00 |
| 47.9. 1955 International Fire Truck (VIN x1206) | $1,001.00 | Historical Cost | $2,000.00 |
| 47.10. 2020 Carrier Trailer (VIN x2063) | $0.00 | Historical Cost | $4,750.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attachment H | $173,286.00 | Historical Cost | Unknown |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87. **$93,650.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. 2000 Denmark Street Sonoma, California 95476<br><br>Property consists of 190.95 acres with 2 residences, winery, cave, and multiple smaller buildings. | Fee Simple | $850,289.00 | Historical Cost | $8,500,000.00 |
| 55.2. 2720 Thornsberry Road Sonoma, CA 95476<br><br>Property consists of 15 acres<br><br>(Value for Property Included in Valuation of 2000 Denmark Street, Sonoma, California 95476) | Fee Simple | $0.00 | | $0.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 55.3. 2740 Thornsberry Road Sonoma, CA 95476<br><br>Property consists of 15 acres with a residence.<br><br>(Value for Property Included in Valuation of 2000 Denmark Street, Sonoma, California 95476) | Fee Simple | $0.00 | | $0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$8,500,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☒ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>www.bundschuco.com, www.bundschucompany.com, www.bundschuwineservices.com, www.gundlachbundschu.com, www.gundlachbundschuwinery.com, www.huichica.com, www.huichicamuscifest.com, www.abbotspassage.com, www.bundschufamily.com, www.gunbun.com, www.laurelandbaywine.com, www.laurelandbaywines.com, www.rhinefarm.com, www.towelewineco.com | $0.00 | | Unknown |
| 62. **Licenses, franchises, and royalties**<br>Type 2 Liquor License No. 2-374705 | $0.00 | | Unknown |
| Type 2 Liquor License No. 2-374721 | $0.00 | | Unknown |
| Alcoholic Beverage (AB) / Alcohol and Tobacco Tax and Trade Bureau (TTB) Surety Bond No. 64. | $0.00 | | Unknown |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

63. **Customer lists, mailing lists, or other compilations**
Customer and Wine Member Mailing Lists — $0.00 — Unknown

64. **Other intangibles, or intellectual property**
Wordmarks: Gundlach Bundschu, Towle Wine Company, Huichica Music Festival, GBW, Redshift, Become Together, Rhinefarm Vineyard, Due West, Abbott's Passage Verdant Wild, Makeshift, Sparkle House, Thousand Hills, Gun Bun, Sightline, Points Unknown, Abbot's AP Passage the Traverse, Variable Star, Laurel and Bay, Abbot's Passage — $0.00 — Unknown

65. **Goodwill**
Goodwill for Gundlach Bundschu Winery and Affiliated Brands. — $0.00 — Unknown

66. **Total of Part 10.** — $0.00
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

| Description | Total face amount | | doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|---|
| Inter-Company Loans Payable from Echo Echo, LLC | 7,049,465.00 | - | 7,049,465.00 | = | $0.00 |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
Employee Retention Credit (ERC) Refunds from the Internal Revenue Service — Tax year ______ — Unknown

73. **Interests in insurance policies or annuities**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| All other claims, rights, and causes of action against third parties that are presently unknown or inadvertently omitted by Debtor from Schedule A/B: Property as of the Petition Date. | Unknown |
| Member Receivable | Unknown |

78. **Total of Part 11.** $0.00

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,542,005.22 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $82,796.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $162,082.77 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $1,000.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $6,853,905.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $93,650.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.........> | | $8,500,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $8,735,438.99 | + 91b. $8,500,000.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $17,235,438.99 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Attachment A**
(Accounts Receivables)

| DESCRIPTION | CURRENT | 1-30 DAYS | 31-60 DAYS | 61 DAYS | TOTAL DUE |
|---|---|---|---|---|---|
| Accounts Receivables | $ 118,662.06 | $ 30,422.14 | $ 12,998.57 | $ 68,478.64 | $ 230,561.41 |

**Attachment B**
(Raw Materials)

As of the Petition Date, Debtor has approximately the following bulk wine (in gallons), along with glass bottles, corks, screw caps, capsules, labels, packaging, and other miscellaneous raw materials used in the production and bottling of wine:

| | | GALLONS BY VINTAGE & VARIETAL | | | | | |
|---|---|---|---|---|---|---|---|
| **Varietal** | **Total** | **2021** | **2022** | **2023** | **2024** | **2025** | **2026** |
| Cabernet Sauvignon | **42,915** | - | 7,265 | - | 8,683 | 26,967 | - |
| Pinot Noir | **31,421** | - | - | 958 | 21,172 | 5,373 | 3,918 |
| Merlot | **14,101** | - | - | - | 4,325 | 9,776 | - |
| Tempranillo | **9,336** | - | 3,300 | - | 2,255 | 3,781 | - |
| Chardonnay | **7,487** | - | - | - | - | 4,045 | 3,442 |
| Gewurztraminer | **5,472** | - | - | - | - | - | 5,472 |
| Cabernet Franc | **5,181** | - | - | - | 2,349 | 2,832 | - |
| Zinfandel | **3,566** | - | - | - | 23 | 3,543 | - |
| Sangiovese | **2,994** | - | - | - | 357 | 2,637 | - |
| Red Wine | **2,791** | 2,791 | - | - | - | - | - |
| Petite Sirah | **1,965** | - | - | - | 1,965 | - | - |
| Syrah | **1,569** | - | - | - | 1,093 | 476 | - |
| Grenache | **1,336** | - | - | 575 | - | 761 | - |
| Sauvignon Blanc | **740** | - | - | - | - | - | 740 |
| Chenin Blanc | **240** | - | - | - | - | 240 | - |
| Petite Verdot | **210** | - | - | - | 210 | - | - |
| **Total Gallons** | **131,324** | **2,791** | **10,565** | **1,533** | **42,432** | **60,431** | **13,572** |

# Attachment C
(Farming Machinery and Equipment)

| DESCRIPTION | PIS DATE | NET BOOK VALUE |
|---|---|---|
| (6) BIN TRAILERS - WESTER | 7/15/2001 | $ 0.10 |
| PUMP FOR WELL RV 2001-LLC | 8/15/2001 | $ 0.55 |
| PUMP FILLER | 10/17/1989 | $ 9.00 |
| AUGER - FARM PLAN | 8/25/1999 | $ 4.71 |
| (3) WIND MACHINES KISSICK | 10/15/2001 | $ - |
| PMS INSTR. PRESSURE CHABE | 5/30/2002 | $ - |
| WIND MACHINES | 12/18/2005 | $ - |
| H20 CHLORINATION SYSTEM FOR RV | 6/1/2006 | $ - |
| WIND MACHINE 954 KISSICK | 12/31/2006 | $ - |
| FROST MACHINE REPAIR | 1/1/2010 | $ - |
| WEATHER STATION FOR RV WIND MACHINES | 2/1/2010 | $ - |
| HARVEST BINS | 9/1/2016 | $ - |
| VINEYARD WELL REPAIR | 8/29/2019 | $ 33,932.02 |
| 30 MACRO BINS-4-1/2 MACRO - CENTRAL VALLEY #1155762 | 9/5/2019 | $ 3,028.30 |
| VINEYARD STORAGE CONTAINER - CONTAINER SOLUTIONS 170865 | 4/9/2020 | $ 1,948.45 |
| TRAILER FOR VINEYARDS TRACTORS 8278 +493.40 | 4/7/2020 | $ 3,143.10 |
| VINEYARD WEATHER STATION - WESTERN WEATHER 19952 | 6/9/2021 | $ 3,618.17 |
| GENERATOR SAFETY SWITCHES (4) - DEMARTINI ELECTRIC #4744 | 6/15/2021 | $ 7,980.00 |
| VALLEY BIN TRAILER - ELEVEN ELEVEN WINES | 3/3/2021 | $ 1,387.11 |
| VALLEY BINS TRAILERS (3) AMEX AA-5/31_RF | 5/1/2021 | $ 2,368.38 |
| CATTLE/DEER FENCING | 12/31/2021 | $ 22,689.39 |
| HBT 30 BIN TRAILER GRATON TRACTOR WA10589 | 8/1/2021 | $ 1,982.94 |
| VALLEY BIND TRAILERS (X12) - BEDROCK WINE COMPANY | 5/19/2022 | $ 16,320.00 |
| VALLEY BIN TRAILER - WESTERN SQUARE 100427 (PURCHASED ON TM CC) | 7/27/2023 | $ 1,330.24 |
| VALLEY BIN TRAILER - WESTERN SQUARE 100309 (PURCHASED ON TM CC) | 7/26/2023 | $ 1,330.24 |
| WYATT IRRIGATION 436688 01 WW FLOW METER- VINEYARD W | 7/31/2024 | $ 1,197.16 |
| CH ENGINEERING- SPARE PARTS SEASON 2023 HARVESTER | 9/30/2024 | $ 4,795.07 |
| BARTLEY PUMP PM - LA PAZ WATER WELL BREAKER | 9/30/2024 | $ 2,343.61 |
| HARVEST BINS (20) - PAUL PAULIN | 3/5/2021 | $ 31,500.00 |
| **TOTAL** | - | **$ 140,908.54** |

**Attachment D**
(Other Farm Related Property)

| DESCRIPTION | PIS DATE | NET BOOK VALUE |
|---|---|---|
| WELL | 4/1/1988 | $ - |
| SEPTIC SYSTEM | 12/1/2013 | $ 15,197.38 |
| RANCH MOWER | 3/1/2018 | $ 1,539.68 |
| THORNSBERRY WATER PUMP | 10/1/2018 | $ 2,174.33 |
| SOLAR EQUIPMENT MINIMUM BUYOUT | 12/1/2018 | $ 33,694.56 |
| JOHN DEERE 970 TRACTOR | 3/13/2019 | $ 2,250.00 |
| **TOTAL** | | **$ 54,855.95** |

**Attachment E**
(Office Furniture)

| DESCRIPTION | PIS DATE | NET BOOK VALUE |
|---|---|---|
| RED TABLE | 6/22/05 | - |
| INCLINE SORTING TABLE | 8/27/08 | - |
| PICNIC TABLES FOR GB TR | 12/31/09 | - |
| MAYTAG REFRIG. MARY'S HOUSE | 3/15/16 | - |
| GB TPR BAR REFINISH | 3/31/16 | - |
| ILN BEAN- WAREHOSUE- 16 | 1/1/17 | - |
| STANDING DESKS & FLOOR MATS | 3/1/18 | $ 834.87 |
| DELI/CASE FRIDGE FOR DONKEY BARN | 5/10/18 | $ 1,061.37 |
| SIDEBOARD | 2/12/19 | $ 1,226.47 |
| WALL CLOCK | 2/12/19 | $ 296.03 |
| WRITING TABLE | 2/12/19 | $ 151.03 |
| SOFA TABLE | 2/12/19 | $ 851.87 |
| CHEST OF DRAWERS | 2/12/19 | $ 253.75 |
| CORNER CHAIR | 2/12/19 | $ 187.28 |
| PARLOR TABLE | 2/12/19 | $ 471.25 |
| OAK SIDE CHAIRS | 2/12/19 | $ 81.43 |
| PORTRAIT PLATE | 2/12/19 | $ 99.57 |
| GRANDFATHER CLOCK | 2/12/19 | $ 2,658.33 |
| BOOKCASE | 2/12/19 | $ 308.12 |
| CASTINO BARN BAR MERCHANDISER - CASTINO INV# 602029 | 5/10/19 | $ 571.61 |
| TOWLE OFFICE FURNITURE | 11/8/19 | $ 838.31 |
| ARBOR BAR FRIDGE - CASTINO RESTAURANT SUPPLY (KC AMEX) | 4/9/19 | $ 775.00 |
| UMBRELLAS BLOCK19- BBQ GUYS.COM (KC AMEX) MARCH 2020 | 3/6/20 | $ 1,575.53 |
| UMBRELLAS CTYD - BBQ GUYS.COM (KC AMEX) MARCH 2020 | 3/6/20 | $ 1,409.33 |
| REFRIGERATORS (4) | 4/28/21 | $ 2,250.07 |
| REFRIGERATOR FOR FOOD PROGRAM - CASTINO 636559 | 8/19/21 | $ 1,173.10 |
| UMBRELLAS - VILLA TERRAZZA PATIO & BBQGUYS.COM- MM AMEX 05/22 | 6/16/22 | $ 11,978.38 |
| ATOSA FOOD PREP TABLE REFRIGERATED - CASTINOS 668008& CR601426 | 8/31/23 | $ 1,028.33 |
| BARREL ROOM BAR | 7/31/24 | $ 2,308.90 |
| BASE FOR 6 UMBRELLAS | 7/31/24 | $ 2,483.95 |
| SQ *AZTEC TENTS- 1 TENT | 11/30/24 | $ 2,792.63 |
| GBTR GLASS DOOR CLOSER | 2/14/25 | $ 2,204.97 |
| AP DISHWASHER TRANSFERRED FROM GBW | 10/1/20 | $ 2,328.30 |
| TPR OUTDOOR FURNITURE (PHASE II) | 11/1/20 | $ 7,372.55 |
| AP TPR FRIDGE | 8/1/21 | $ 1,203.45 |
| APW KITCHEN FRIDGE 2 DOOR-AMEX 10/31 EB | 10/31/21 | $ 1,785.39 |
| APW SIDE BY SIDE FREEZER-NANCY NAGEL 06315 | 2/10/22 | $ 541.67 |
| UMBRELLAS - BBQ GUYS.COM - MM AMEX 05/22 | 6/16/22 | $ 4,777.57 |
| **TOTALS** | | **$ 57,880.41** |

## Attachment F
(Office Fixture)

| DESCRIPTION | PIS DATE | NET BOOK VALUE |
|---|---|---|
| CAVE 91 | 11/1/91 | - |
| CAVE PHASE 11 19 | 4/1/92 | - |
| RAILING IN CAVE | 2/1/03 | - |
| LANDSCAPING | 7/15/99 | $ 407.75 |
| SIDEWALK PATIO | 7/15/99 | $ 823.45 |
| KENWOOD FENCE | 8/15/99 | $ 381.74 |
| SIGNS | 8/15/99 | $ 271.00 |
| ROCK WALL GARDEN AREA | 9/30/02 | $ 230.50 |
| ROCK WALL | 7/1/03 | - |
| ROAD IMPROVEMENTS | 10/1/03 | - |
| A/C UNITS | 5/1/98 | $ 778.00 |
| VIP RESTROOM | 11/15/99 | $ 612.00 |
| AIR CONDITIONER | 6/15/00 | $ 24.20 |
| A/C UNIT | 4/30/02 | $ 24.50 |
| HEATER | 7/1/03 | $ 0.25 |
| STAGE | 8/1/97 | - |
| ROAD OVERLAY | 6/1/95 | $ 183.29 |
| ROAD BEHIND WINERY / PROD - ERIC STRAND CONSTRUCTION | 8/30/02 | $ 63.36 |
| CATWALKS | 9/15/05 | - |
| BLINDS FOR OFFICES | 12/23/05 | - |
| TRACK LIGHTING FIXTURE | 7/18/05 | - |
| SENSOR LITE | 2/24/05 | $ 0.47 |
| TRACK LIGHTING FIXTURE | 1/24/05 | - |
| WASTE WATER POND - LOWER AREA | 1/1/06 | - |
| FENCING FOR AROUND LOWER WASTE WATER POND | 1/2/06 | - |
| ALUMINUM HANDRAIL AND HOSE RACK COVERS FOR TANKS | 4/5/06 | $ 1,065.49 |
| ROAD CONCRETE APRON IN FRONT OF GRAPE RECEIVING AREA - WEBSTER CONCRETE | 5/5/06 | - |
| WASTE WATER POND SUPPLIES TO COMPLETE | 5/8/06 | - |
| WASTEWATER SYSTEM DESIGN - WALLACE & ASSOC. | 5/10/06 | - |
| WATER PLANTS FOR LOWER WASTEWATER POND | 5/10/06 | - |
| REPAVE ROAD AT WINERY AND CUSTOMER PARKING LOT | 5/12/06 | - |
| MARY'S HILL - PICNIC SITE ON TOP OF HILL | 7/27/06 | - |
| PRODUCTION AREA FENCE | 5/21/07 | $ 133.94 |
| POND MAIN RESERVOIR - LINE REPAIR | 10/13/08 | $ 2,790.14 |
| HEAT PUMP FOR PRODUCTION OFFICE/TRAILER | 4/23/08 | - |
| VIP AREA ABOVE THEATER | 5/9/08 | $ 697.08 |
| ROAD GRAVEL PARKING LOT BY PRODUCTION - C HARDY #1074 | 4/4/11 | $ 635.95 |
| OVERLOOK WEDDING SITE 2013 | 5/31/13 | $ 15,125.01 |
| ROAD DRIVEWAY AND CRUSH PAD REPAVE-C HARDY #4712 | 7/1/13 | $ 5,637.50 |
| PAVERS AT BUNGALOW | 4/18/13 | $ 1,234.37 |
| REDWOOD EMPIRE AWINING 615778 ARBOR AWINING RECOVER | 2/1/15 | - |
| AWNING DONKEY BAR | 11/19/16 | $ 34.71 |
| THRONSBERRY REMODEL FUNITURE & FIXTURES | 6/1/18 | $ 6,280.43 |
| MOVABLE OFFICE TRAILER FOR WAREHOUSE | 10/1/18 | $ 2,241.38 |
| DRAINAGE - LEACH LINE TO MARY'S HOUSE | 10/15/19 | $ 8,734.90 |
| DENMARK GATE FA#328 REPAIR - JENSENS ORNAMENTAL #780 | 10/31/20 | $ 12,998.25 |
| ROAD/PARKING LOT PAVEMENT - C HARDY 6167 | 4/14/22 | $ 60,015.30 |
| A/C UNIT - MARYS HOUSE - PETERSON MECHANICAL 24754/25077 | 7/17/23 | $ 8,131.66 |
| HEAT PUMP S/N#H234106275 - PETERSON MECHANICAL 24755/25250 | 8/1/23 | $ 8,991.67 |
| GOLDEN WEST GLASS DOOR | 7/31/24 | $ 2,002.89 |
| GB ENTRANCE GATE/KEYPAD | 9/30/24 | $ 1,685.22 |
| HOT H20 HEATER - MARY'S HOUSE | 11/30/24 | $ 645.92 |
| GB HOT WATER HEATER REPLACEMENT | 2/19/25 | $ 8,758.89 |
| CLARK PEST- BUNGALOW FUMIGATION | 4/1/25 | $ 10,704.00 |
| TOWLE'S HILL IMPROVEMENTS | 11/1/25 | $ 1,322.96 |
| AMPHITHEATER STAGE REPAIR V:6158 INV:4121941 | 11/1/25 | $ 1,841.07 |
| CAVE REPAIRS | 7/1/26 | $ 8,892.55 |
| CHASE SONOS INC APTR 2 SPEAKERS | 3/1/24 | $ 1,229.52 |
| LEWIS MECHANICAL TASTING RM HEATER REPAIR | 9/30/24 | $ 2,271.10 |
| TASTING ROOM HEATING/ COOLING REPAIR | 9/30/24 | $ 2,817.93 |
| RACK PAID FOR TAX PAID CAGE | 11/30/24 | $ 1,231.22 |
| WINERY AC UNIT - ENVIRO HEATING & AIR | 11/3/20 | $ 3,917.47 |
| APWM FENCING (PHASE II) | 11/1/20 | $ 12,902.28 |
| APWM LANDSCAPING/SHUBBERY/TREES (PHASE II) | 11/1/20 | $ 94,067.83 |
| APWM SHUFFLE BOARDS (PHASE II) | 3/8/21 | $ 12,857.87 |
| ASPHALT REPAIR - ABC ASPHALT #0036 | 4/2/21 | $ 5,833.34 |
| APWM SOUND SYSTEM - GRANKO 7746 | 9/1/21 | $ 5,816.63 |
| MADRONE GATE REPAIR - JENSENS ORNAMENTAL #986/11522/11480 | 4/1/22 | $ 22,253.00 |
| A/C UNIT - HEAT PUMP SPLIT SYSTEM - PETERSON MECHANICAL 24976/24756 | 7/5/23 | $ 10,250.00 |
| TOTAL | | $ [illegible] |

**Attachment G**
(Office Equipment, Computers, and Communications Systems)

| DESCRIPTION | PIS DATE | NET BOOK VALUE |
|---|---|---|
| ELECTRICAL - BLOG - | 4/4/95 | - |
| COMPUTER HARDWARE | 9/15/99 | $ 7,209.00 |
| COMPUTER HARDWARE | 6/9/98 | $ 1,049.00 |
| COMPUTER WAREHOUSE | 12/15/99 | $ 493.00 |
| HP 4050 TN LASER PRINTER | 2/15/00 | $ 99.00 |
| COMPUTER LA PAZ | 8/15/00 | $ 36.00 |
| WIRELESS NETWORK CONNECTO | 4/15/01 | - |
| COMPUTER SOFTWARE - LLC | 8/15/01 | $ 726.00 |
| T1 LINE | 10/31/02 | $ 139.45 |
| HARDWARE | 3/15/05 | $ 5.92 |
| NETWORK CABLE TPR TO STAGE AREA | 5/25/11 | - |
| CABLE IN OFFICE/BUNGALOW | 3/16/12 | - |
| NEW DATA LINES BUNGALOW | 1/26/16 | - |
| PRODUCTION TRAILER FILER OPTIC CABLE/ NETWORK | 12/20/16 | - |
| PRODUCTION TRAILER WIRING | 12/16/16 | - |
| CAVE WIRING | 12/21/16 | - |
| NEW BACKUP SYSTEM (CLOUD STORAGE) | 12/1/17 | - |
| WIRELESS UPGRADE TO MARYS HOUSE - DEEPNET | 9/30/18 | - |
| MERAKI WIRELESS ACCESS POINT FOR BARN | 1/9/19 | - |
| ETHERNET SWITCH & 5 WIRELESS ACCESS POINTS - DEEPNET 10921 | 7/11/19 | - |
| LAPTOP HERNAN VALDERDE - DEEPNET 13156 | 1/27/21 | - |
| LAPTOP - MICHAEL WESTON - DEEPNET 13457/13458 | 5/21/21 | - |
| LAPTOP - FIDEL MENDOZA - APPLE.COM W827797196 | 7/15/21 | - |
| LAPTOP - MARINA MAYER - DEEPNET 14029 | 8/1/21 | - |
| APPLE LAPTOP FOR SAM PETR | 7/1/21 | - |
| LAPTOP - NICHOLAS OELLEIN- DEEPNET 13773 | 9/1/21 | - |
| LAPTOP - JORDAN ROWE - DEEPNET 13773 | 8/1/21 | - |
| LAPTOP - DTC - DEEPNET 14163 | 9/1/21 | - |
| LAPTOP - CAREEN VEELO - DEEPNET 14163 | 9/1/21 | - |
| LAPTOP - ACCOUNTING - DEEPNET 14163 | 9/1/21 | - |
| LAPTOP - STAFF ACCOUNTANT - DEEPNET 14163 (FULL WORKSTATION) | 9/1/21 | - |
| TASTING ROOM REGISTERS (X4)-DEEPNET 14044 | 11/1/21 | $ 190.03 |
| LAPTOP - SEAN HARASZTHY - DEEPNET 13773 | 8/1/21 | - |
| LAPTOP - DTC - DEEPNET 13773 | 8/1/21 | - |
| LAPTOP - DEEPNET 14163 | 9/1/21 | - |
| APPLE LAPTOPS (X2) FOR MARKETING- AMEX OCTOBER 2021 | 10/1/21 | $ 78.87 |
| LAPTOP - KATIE BUNDSCHU - DEEPNET 14169 | 9/1/21 | - |
| WORKSTATIONS (2) - DEEPNET 14154 | 9/21/21 | - |
| LAPTOP AYSAIAH TUCKER JQ4S1J3,-DEEPNET 14922 | 1/18/22 | $ 143.58 |
| LAPTOP MADDIE WILLIAMS 1XXM1J3) - DEEPNET 14922 | 1/18/22 | $ 143.58 |
| LAPTOP - STEVE - DEEPNET 14910 | 2/1/22 | $ 205.03 |
| LAPTOP SHANDRA KNEGO DEEPNET 15262 | 3/23/22 | $ 262.42 |
| LAPTOP ANA VILLARREAL - DEEPNET 15229 | 3/17/22 | $ 285.86 |
| LAPTOP ABBEY EHLAND - DEEPNET 15258 | 3/23/22 | $ 220.84 |
| REGISTER BUNGALOW - DEEPNET 15503 | 5/1/22 | $ 208.82 |
| DTC TRAILER FILER OPTIC CABLE/ NETWORK | 5/11/22 | $ 311.60 |
| LAPTOP CHRIS MCDONALD - DEEPNET 15507 | 5/1/22 | $ 272.72 |
| LAPTOP TEMP EE - DEEPNET 16039 | 7/1/22 | $ 335.68 |
| LAPTOP KAITLYN TINDER - DEEPNET 16095 | 8/11/22 | $ 361.25 |
| MIRAKI ACCESS BARREL RM - DEEPNET COMPUTER 14612 | 12/21/22 | $ 404.87 |
| TASTING ROOM REGISTERS (X2) S/N:HYZT5X3 & JYZT5X3 - DEEPNET 17781 5/12/23 | 7/1/23 | $ 1,348.84 |
| LAPTOP DELL 5540 S/N DSNWFS3 - DEEPNET 17913 | 7/1/23 | $ 774.54 |
| LAPTOP DELL 5540 S/N 9HYJND3 - DEEPNET 18074 | 10/18/23 | $ 925.68 |
| LAPTOP DELL 5530 S/N 29CGX3 - DEEPNET 18444 | 8/18/23 | $ 449.58 |
| DESKTOP DELL 7010 S/N BJ468Y3 - DEEPNET 18445 | 8/18/23 | $ 422.56 |
| DESKTOP DELL 7010 S/N CC088Y3 - DEEPNET 18446 | 8/18/23 | $ 510.51 |
| LAPTOP DELL 5540 S/N FGRGYW3 - DEEPNET 18471 | 8/25/23 | $ 692.49 |
| TR TABLETS MS SURFACE PRO (X2) - CHASE 3347_423GBW | 7/1/23 | $ 1,722.05 |
| DONKEY BAR REGISTER | 3/1/24 | $ 838.03 |
| MERCHANDISE LAPTOP | 3/1/24 | $ 635.68 |
| WHOLESALE LAPTOP | 3/1/24 | $ 820.98 |
| EVENTS REGISTER D LAPTOP | 3/1/24 | $ 514.19 |
| CISCO MERAKI MS120-48LP 48-PORT ETHERNET MANAGED SWITCH, 48X GIGABIT ETHERNET NETWORK, | 3/1/24 | $ 2,436.74 |

| | | | |
|---|---|---|---|
| 3 CISCO MERAKI MS120-24P MANAGED ETHERNET SWITCH, POE, 24X GBE NETWORK, 4X GBE UPLINK, O | 3/1/24 | $ | 5,383.35 |
| LAPTOP FZBKTW3: HERNAN | 4/1/24 | $ | 869.38 |
| DELL: NEW LAPTOP CZ0WTW3, ANA B | 7/31/24 | $ | 968.74 |
| DELL: NEW LAPTOP 63KWTW3, TYLER | 7/31/24 | $ | 968.74 |
| DELL: NEW LAPTOP 9VDZB24, JOE | 7/31/24 | $ | 1,119.50 |
| SWAMP COOLER + FANS | 7/31/24 | $ | 1,009.64 |
| GGN0ZD3 DELL UPDATED WARRANTY - WHOLESALE | 7/31/24 | $ | 135.30 |
| DJ6X493 DELL UPDATED WARRANTY - WHOLESALE | 7/31/24 | $ | 133.64 |
| 18KT493 DELL UPDATED WARRANTY - WAREHOUSE | 7/31/24 | $ | 156.28 |
| 1H8C7M3 DELL UPDATED WARRANTY - EVENTS | 7/31/24 | $ | 254.76 |
| NVCF9C3 DELL UPDATED WARRANTY - DTC | 7/31/24 | $ | 152.44 |
| DELL: 2 WARRANTY RENEWALS, ACCOUNTING | 12/1/24 | $ | 389.58 |
| DELL: 6 WARRANTY RENEWALS, DTC | 12/1/24 | $ | 1,168.74 |
| DELL: 1 WARRANTY RENEWAL, GB TR | 12/1/24 | $ | 194.79 |
| DELL: 1 WARRANTY RENEWAL, HOSPITALITY | 12/1/24 | $ | 194.79 |
| DELL: 1 WARRANTY RENEWAL, WAREHOUSE | 12/1/24 | $ | 194.79 |
| DELL: 1 WARRANTY RENEWAL, WHOLESALE | 12/1/24 | $ | 247.20 |
| DELL: 1 WARRANTY RENEWAL, GBTR | 12/1/24 | $ | 78.57 |
| NEW LAPTOP MEGHAN | 4/1/25 | $ | 855.92 |
| NEW LAPTOP KAT | 4/1/25 | $ | 855.91 |
| CAFEMAC MACBOOKPRO LAPTOP - JEFF | 10/31/25 | $ | 1,265.84 |
| MACBOOK PRO FROM COSTCO/LIZ CC FOR MARKETING | 7/1/26 | $ | 2,508.18 |
| APWM NETWORK BUILD @ 777 MADRONE RD - DEEPNET 11816 | 2/29/20 | $ | 3,737.89 |
| AP BOTTLING LAPTOP | 3/1/24 | $ | 945.17 |
| DELL: TANKNET DESKTOP, 1569X04 (WINEMAKING) | 3/1/24 | $ | 715.70 |
| PELLENC COMPUTER REPLACEMENT | 9/30/24 | $ | 6,144.06 |
| DELL LAPTOP HDXPR34 (WINEMAKING) | 11/30/24 | $ | 1,059.82 |
| DELL SM BUS APTR 425M794 | 5/1/25 | $ | 962.67 |
| LAPTOP TONY APTR MANAGER - DEEPNET 15507 | 5/1/22 | $ | 1,159.03 |
| APWM HOT DESKS (6) DEEPNET 12491 | 7/31/20 | $ | 1,173.00 |
| APWM NETWORK EQUIPMENT - DEEPNET 11858 | 3/20/20 | $ | 3,311.40 |
| APW ALL IN ONE - DEEPNET 12616 | 8/31/20 | $ | 577.87 |
| TPR SURROUND SOUND (PHASE I) - GRANKO | 7/1/20 | $ | 3,036.01 |
| LAPTOP GERALD ZOLLER - DEEPNET 12297 | 6/26/20 | $ | 591.80 |
| TPR CARD READERS/THERMAL PRINTER/POS SCANNER - AMEX & CARDCONNECT | 7/1/20 | $ | 1,680.71 |
| CISCI MERAKI MR70 OUTDOOR WIRELESS ACCESS POINT _DEEPNET 12308 | 7/6/20 | $ | 484.00 |
| WIRELESS ACCESS POINT AT FIELD TABLES - DEEPNET 13472/BECK10338 | 3/25/21 | $ | 454.36 |
| NETWORK STACK FOR TWC2 PRODUCTION FACILITY-DEEPNET 14330 | 11/1/21 | $ | 4,365.40 |
| TWC2 WORKSTATIONS (2) - DEEPNET 14156 | 9/1/21 | $ | 1,305.69 |
| LAPTOP KYLE KUKLEWSKI G9552J3, DEEPNET 14922 (PAID BY VB LLC) | 1/18/22 | $ | 1,148.59 |
| **TOTAL** | | **$** | **77,233.64** |

**Fill in this information to identify the case:**

Debtor name: Vineburg, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known): ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1** American AgCredit, FLCA — Creditor's Name

4845 Old Redwood Highway
Santa Rosa, CA 95403
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred** 10/1/2014

**Last 4 digits of account number** 3363

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Real Property and Personal Property.

**Describe the lien**
Recorded Deed of Trust and UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $17,304,673.54 — Column B: $8,500,000.00

**2.2** Haybeach Special Opportunities Fund, L.P — Creditor's Name

555 Theodore Fremd
Avenue, Suite C-303
Rye, NY 10580
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No

**Describe debtor's property that is subject to a lien**
ERC Refunds

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

Column A: Unknown — Column B: Unknown



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

**2.3** Sonoma County Tax Collector
Creditor's Name

**Describe debtor's property that is subject to a lien**

Unknown Unknown

585 Fiscal Drive #100F
Santa Rosa, CA 95403
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** Sonoma Wine 2000 Denmark, LLC
Creditor's Name

**Describe debtor's property that is subject to a lien**
Real Property and Personal Property

$18,144,889.79 $8,735,438.99

c/o Tiverton Advisors, LLC
301 Hillsborough Street,
Suite 1020
Raleigh, NC 27603
Creditor's mailing address

**Describe the lien**
Recorded Deed of Trust and UCC-1

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $35,449,563.33

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Boutin Jones Inc.<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA 95814 | Line 2.1 | |
| Wanger Jones Helsley PC<br>265 E. River Park Circle, Suite 310<br>Fresno, CA 93720 | Line 2.4 | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Vineburg, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1** Priority creditor's name and mailing address: Cal. Employment Development Dept., Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280<br>As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Date or dates debt was incurred:<br>Basis for the claim: NOTICE ONLY<br>Last 4 digits of account number:<br>Is the claim subject to offset? ☒ No ☐ Yes<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | $0.00 | $0.00 |
| **2.2** Priority creditor's name and mailing address: California Dept. of Tax and Fee Admin., 450 N Street, MIC: 104, Sacramento, CA 95814<br>As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Date or dates debt was incurred:<br>Basis for the claim: NOTICE ONLY<br>Last 4 digits of account number:<br>Is the claim subject to offset? ☒ No ☐ Yes<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | $0.00 | $0.00 |
| **2.3** Priority creditor's name and mailing address: Franchise Tax Board, Bankruptcy Section MS A-340, P.O. Box 2952, Sacramento, CA 95812<br>As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Date or dates debt was incurred:<br>Basis for the claim: NOTICE ONLY<br>Last 4 digits of account number:<br>Is the claim subject to offset? ☒ No ☐ Yes<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | $0.00 | $0.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>NOTICE ONLY | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| 3.1 | A-1 Compressor Company<br>31100 Dutton Avenue, Suite 114<br>Santa Rosa, CA 95407<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,598.07 |
| 3.2 | Aaqua Tools<br>3233 Fitzgerald Road, Suite B<br>Rancho Cordova, CA 95742<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $288.25 |
| 3.3 | Acrolon Technologies, Inc.<br>19201 Sonoma Hwy #256<br>Sonoma, CA 95476<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,295.00 |
| 3.4 | Alder Springs Vineyard<br>10 Maybridge Road<br>Belvedere Tiburon, CA 94920<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,696.00 |
| 3.5 | Amerifactors<br>P.O. Box 628328<br>Orlando, FL 32862<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,455.50 |
| 3.6 | Ams Software, LLC<br>P.O. Box 692<br>Napa, CA 94559<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $3,645.36 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Auto-Chlor Systems<br>27 Maxwell Court<br>Santa Rosa, CA 95401<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $340.04 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Barlas Feeds<br>430 Bailey Avenue<br>Petaluma, CA 94952<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,080.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Bertoli Mobile Emmissions<br>2621 Porter Creek Road<br>Santa Rosa, CA 95404<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $300.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Breakthru Beverage Pennsylvania<br>129 Hartman Road<br>North Wales, PA 19454<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $3,357.94 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Bright Event Rentals<br>145 Park Lane<br>Brisbane, CA 94005<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $574.75 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Brocco'S Old Barn<br>19660 Arnold Drive<br>Sonoma, CA 95476<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $34.54 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>C-Line Express, Inc.<br>P.O. Box 540<br>Napa, CA 94559<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $885.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Ca Land Stewardship Institute<br>550 Gateway Drive, Suite 106<br>Napa, CA 94558<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,241.84 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Cal Recycle<br>P.O. Box 4025<br>Sacramento, CA 95814<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,659.47 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Ccof Certification Services<br>877 Cedar Street, Suite 248<br>Santa Cruz, CA 95060<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $897.96 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Chase Cardmember Service<br>P.O. Box 62944<br>Carol Stream, IL 60197<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $5,876.84 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Checkrite Backflow Serv Inc.<br>3618 Chanate Road<br>Santa Rosa, CA 95404<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $211.00 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Cintas Corporation<br>P.O. 631025<br>Cincinnati, OH 45263<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,177.41 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Clear Pond Solutions<br>374 Ely Road N<br>Petaluma, CA 94954<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $5,278.98 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Comcast<br>P.O. Box 60533<br>City Of Industry, CA 91716<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $577.26 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Complete Welders Supply<br>P.O. Box 2516<br>Napa, CA 94558<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,295.19 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.23** **Nonpriority creditor's name and mailing address**
Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,482.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**
Coolwine
4990 Vine Hill Rroad
Sebastopol, CA 95472
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,450.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**
County Of Sonoma
Permit And Resource Department
2550 Ventura Avenue
Santa Rosa, CA 95403
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $882.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**
CQ&A Consulting Customer
Compliance
P.O. Box 777
Pinole, CA 94564
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** **Nonpriority creditor's name and mailing address**
Craftsman Painting
22745 S Central Avenue
Sonoma, CA 95476
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $650.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**
Crealis USA Inc.
2601 Maxwell Way
Fairfield, CA 94534
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $41.97
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**
Culligan of Sonoma County
1236 Cleveland Avenue
Santa Rosa, CA 95401
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,526.84
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**
Deepnet Computer Consulting
548 Market Street PMB 31588
San Francisco, CA 94104
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,006.80
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>Demeter Group Holdings, LP<br>1508 Bay Road, #511<br>Miami Beach, FL 33139<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | Unknown |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Dickenson, Peatman & Fogarty<br>1500 1St Street, Suite 200<br>Napa, CA 94559<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,181.00 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Dino's<br>410 Garfield Park Avenue<br>Santa Rosa, CA 95409<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $65.70 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Eagle Automotive Sonoma<br>23003 Arnold Drive<br>Sonoma, CA 95476<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $174.44 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>Emerson Wines<br>3289 Scenic Drive<br>Napa, CA 94558<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $9,000.00 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>Farella Braun & Martel, LLP<br>One Bush Street, Suite 900<br>San Francisco, CA 94104<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $10,042.79 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>Fedex<br>P.O. Box 7221<br>Pasadena, CA 91109<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,095.99 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>Fisher Scientific Company, LLC<br>13551 Collection Center Drive<br>Chicago, IL 60693<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,298.06 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.39 **Nonpriority creditor's name and mailing address**
Flock Safety
3284 Northside Parkway Nw
Atlanta, GA 30327
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $12,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.40 **Nonpriority creditor's name and mailing address**
FP Finance Program
P.O. Box 660831
Dallas, TX 75266
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,577.21
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.41 **Nonpriority creditor's name and mailing address**
Franciscan Holdings, LLC
812 Jones Street
Berkeley, CA 94710
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $35,053.57
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.42 **Nonpriority creditor's name and mailing address**
Free Flow Wines, LLC
P.O. Box 2189
Seal Beach, CA 90740
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $208.52
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.43 **Nonpriority creditor's name and mailing address**
Garton Tractor
211 Cresco Court
Santa Rosa, CA 95407
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,494.91
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.44 **Nonpriority creditor's name and mailing address**
Guardian
P.O. Box 677458
Dallas, TX 75267
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,924.68
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.45 **Nonpriority creditor's name and mailing address**
Guild Napa
575 Coombsville Road
Napa, CA 94558
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.46 **Nonpriority creditor's name and mailing address**
GVM Law, LLP
1000 Main Street, Suite 300
Napa, CA 94559
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $200.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.47** **Nonpriority creditor's name and mailing address**
H A Financing & Services Corp.
1225 E. Macarthur Street
Sonoma, CA 95476
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $100,276.63
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**
Handker
413 Court Street
Fulton, MO 65251
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $216.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.49** **Nonpriority creditor's name and mailing address**
Heritage Systems
2471 Solano Avenue, Suite 141
Napa, CA 94558
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,828.99
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.50** **Nonpriority creditor's name and mailing address**
Hewlett-Packard Financial Services
P.O. Box 402582
Atlanta, GA 30384
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $945.02
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.51** **Nonpriority creditor's name and mailing address**
Hinman & Carmichael, LLP
260 California Street, Suite 700
San Francisco, CA 94111
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $740.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**
Hobart Sales and Service
905 West College Avenue
Santa Rosa, CA 95401
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,170.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.53** **Nonpriority creditor's name and mailing address**
Hogan Land Services
4780 Sonoma Hwy
Santa Rosa, CA 95409
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,652.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.54** **Nonpriority creditor's name and mailing address**
Illinois Midwest General
Insurance Agency, LLC
P.O. Box 9560
Springfield, IL 62791
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,247.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>Imprint Enterprises, Inc.<br>555 N.Commons Drive<br>Aurora, IL 60504<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,802.99 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>James Bundschu<br>P.O. Box 37<br>Vineburg, CA 95487<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $10,906.41 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>Jeff Bundschu<br>856 Oak Lane<br>Sonoma, CA 95476<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Loan<br>Is the claim subject to offset? ☒ No ☐ Yes | $718,393.00 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>Jeff Bundschu, Katie Bundschu,<br>James Bundschu, and Nancy Bundschu<br>2000 Denmark Street<br>Sonoma, CA 95476<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,444,180.00 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>JS Held LLC<br>445 South Figueroa Street, Suite 2950<br>Los Angeles, CA 90071<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | Unknown |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>K & L Beverage Company, LC<br>P.O. Box 9300<br>Renton, WA 98057<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $29.70 |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>Katie Bundschu-Tynan<br>28 El Nido Court<br>Sonoma, CA 95476<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Loan<br>Is the claim subject to offset? ☒ No ☐ Yes | $30,632.00 |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>Lace House Laundry & Linen<br>Supply, Inc.<br>949 Lindberg Lane<br>Petaluma, CA 94952<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $38.21 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Item | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.63 | Lewis Mechanical Inc.<br>3715 Santa Rosa Ave<br>Santa Rosa, CA 95407<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $8,398.83 |
| 3.64 | Lighthouse Services LLC<br>630 Freedom Business Center Drive<br>Third Floor<br>King Of Prussia, PA 19406<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $727.53 |
| 3.65 | Logan Cooper<br>c/o Equal Access Law Group<br>4903 Avenue N<br>Brooklyn, NY 11234<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | Unknown |
| 3.66 | Monterey Cheese Company<br>P.O. Box 305<br>Sonoma, CA 95476<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $806.68 |
| 3.67 | Motion Industries, Inc.<br>2041 Saybrook Avenue<br>Los Angeles, CA 90040<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $267.31 |
| 3.68 | Nakedwines.com, Inc.<br>P.O. Box 2760<br>Napa, CA 94558<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,500.00 |
| 3.69 | Napa Nuts<br>1755 Industrial Way, Suite 7<br>Napa, CA 94558<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $618.25 |
| 3.70 | North Bay Copier<br>150 Professional Center Drive, Suite H<br>Rohnert Park, CA 94928<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $98.27 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address**<br>Nrai, Inc.<br>P.O. Box 4349<br>Carol Stream, IL 60197<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $78.00 |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>Oak Paper Products Company, Inc.<br>P.O. Box 23965<br>Los Angeles, CA 90023<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,694.48 |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>Pace Supply<br>P.O. Box 6407<br>Rohnert Park, CA 94927<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,523.01 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>Pacific Gas & Electric Co<br>P.O. Box 997300<br>Sacramento, CA 95899<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $15,553.74 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>Patt's Copy World<br>677 1St Street West<br>Sonoma, CA 95476<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $977.02 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>Petaluma Minuteman, Inc.<br>139 Lakeville Street<br>Petaluma, CA 94952<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $396.90 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>Phoebe Townsend<br>118 North Kilkea Drive<br>Los Angeles, CA 90048<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,500.00 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>Power Pole Service Inc<br>4156 Santa Rosa Ave<br>Santa Rosa, CA 95407<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $825.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.79** **Nonpriority creditor's name and mailing address**
Precision Forecasting, LLC
P.O. Box 51189
Seattle, WA 98115

**As of the petition filing date, the claim is:** *Check all that apply.* $600.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.80** **Nonpriority creditor's name and mailing address**
Professional Kitchen Services, Inc.
5861 88Th Street Ste 600
Sacramento, CA 95828

**As of the petition filing date, the claim is:** *Check all that apply.* $1,833.56

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.81** **Nonpriority creditor's name and mailing address**
Qed Consulting Group
1825 Hartley Street
Lakeport, CA 95453

**As of the petition filing date, the claim is:** *Check all that apply.* $6,950.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.82** **Nonpriority creditor's name and mailing address**
Quench USA, Inc.
P.O. Box 735777
Dallas, TX 75373

**As of the petition filing date, the claim is:** *Check all that apply.* $1,966.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.83** **Nonpriority creditor's name and mailing address**
Recology
P.O. Box 841889
Los Angeles, CA 90084

**As of the petition filing date, the claim is:** *Check all that apply.* $2,243.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.84** **Nonpriority creditor's name and mailing address**
River Road Grape Farm, LLC
C/O Russian River Partners
P.O. Box 1022
Windsor, CA 95492

**As of the petition filing date, the claim is:** *Check all that apply.* $13,047.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.85** **Nonpriority creditor's name and mailing address**
Ruby Wines NH
105 Gay Street
Manchester, NH 03103

**As of the petition filing date, the claim is:** *Check all that apply.* $1,457.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**
Sanitation Services
P.O. Box 751287
Petaluma, CA 94975

**As of the petition filing date, the claim is:** *Check all that apply.* $4,532.78

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.87 **Nonpriority creditor's name and mailing address**
Santa Rosa Press Democrat
P.O. Box 8006
Willoughby, OH 44096
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $24.36
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.88 **Nonpriority creditor's name and mailing address**
Scan Solutions Inc.
P.O. Box 735708
Chicago, IL 60673
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $928.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.89 **Nonpriority creditor's name and mailing address**
Scott Laboratories
P.O. Box 888198
Los Angeles, CA 90088
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $582.75
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.90 **Nonpriority creditor's name and mailing address**
Scott Premium Closures LLC
828 Walker Road, Suite 21-2
Dover, DE 19904
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $75,695.30
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.91 **Nonpriority creditor's name and mailing address**
Sesac
P.O. Box 737457
Dallas, TX 75373
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $928.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.92 **Nonpriority creditor's name and mailing address**
Sonoma County Farm Bureau
3589 Westwind Blvd.
Santa Rosa, CA 95403
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $723.42
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.93 **Nonpriority creditor's name and mailing address**
Sonoma County Winegrape Comm. (SCWC)
3245 Guerneville Road
Santa Rosa, CA 95401
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,806.64
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.94 **Nonpriority creditor's name and mailing address**
Sonoma Glassworks
19210 Sonoma Hwy
Sonoma, CA 95476
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $45.78
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address**<br>Sonoma Paint Center<br>815 West Napa Street<br>Sonoma, CA 95476<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $135.78 |
| 3.96 | **Nonpriority creditor's name and mailing address**<br>Sonoma Valley Hospital<br>347 Andrieux Street<br>Sonoma, CA 95476<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $668.00 |
| 3.97 | **Nonpriority creditor's name and mailing address**<br>Sonoma Valley Vintners and<br>Growers Alliance<br>P.O. Box 1698<br>Sonoma, CA 95476<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $6,100.00 |
| 3.98 | **Nonpriority creditor's name and mailing address**<br>SWRCB - Accounting Office<br>Attention - ACL Payment<br>P.O. Box 1888<br>Sacramento, CA 95812<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $862.00 |
| 3.99 | **Nonpriority creditor's name and mailing address**<br>Syntrio, Inc.<br>P.O. Box 739426<br>Dallas, TX 75373<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $785.74 |
| 3.100 | **Nonpriority creditor's name and mailing address**<br>The Regents of U.C.<br>Davis AR Lockbox<br>P.O. Box 741816<br>Los Angeles, CA 90074<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $880.00 |
| 3.101 | **Nonpriority creditor's name and mailing address**<br>Theodore Nagel<br>19080 Gehricke Road<br>Sonoma, CA 95476<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $75,893.59 |
| 3.102 | **Nonpriority creditor's name and mailing address**<br>Tomales Bay Foods<br>P.O. Box 103637<br>Pasadena, CA 91189<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $4,511.48 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.103 **Nonpriority creditor's name and mailing address**
Top It Off Bottling, LLC
2747 Napa Valley Corporate Drive
Napa, CA 94558
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,007.90
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.104 **Nonpriority creditor's name and mailing address**
Towlift
P.O. Box 31001
Pasadena, CA 91110
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,006.73
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.105 **Nonpriority creditor's name and mailing address**
Tricorbraun Inc.
P.O. Box 104638
Pasadena, CA 91189
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $128,072.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.106 **Nonpriority creditor's name and mailing address**
Tuff Boy Leasing, Inc.
5151 E. Almondwood Drive
Manteca, CA 95337
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,630.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.107 **Nonpriority creditor's name and mailing address**
U.S. Bank, N.A.
P.O. Box 790448
Saint Louis, MO 63179
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,019.81
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.108 **Nonpriority creditor's name and mailing address**
UBS Agrivest Farmland Fund LP
Farmland Investors LLC
1920 Tienda Drive, Suite 204
Lodi, CA 95242
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $100,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.109 **Nonpriority creditor's name and mailing address**
Uline Shipping Supplies
Attn: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $590.67
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.110 **Nonpriority creditor's name and mailing address**
UPS
P.O. Box 650116
Dallas, TX 75265
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,589.20
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address**<br>Us Pure Water Corp<br>20 Galli Drive Suite E<br>Novato, CA 94949<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $254.73 |
| 3.112 | **Nonpriority creditor's name and mailing address**<br>Valley Forklift<br>P.O. Box 2637<br>Fresno, CA 93745<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $18,615.01 |
| 3.113 | **Nonpriority creditor's name and mailing address**<br>Valley of the Moon<br>Water District<br>P.O. Box 280<br>El Verano, CA 95433<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $5,393.46 |
| 3.114 | **Nonpriority creditor's name and mailing address**<br>Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $460.03 |
| 3.115 | **Nonpriority creditor's name and mailing address**<br>Vermont Information Processing<br>402 Watertower Circle<br>Colchester, VT 05446<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,597.02 |
| 3.116 | **Nonpriority creditor's name and mailing address**<br>Vinx2 Winery Software, Inc.<br>548 Market Street, Suite 62071<br>San Francisco, CA 94104<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,457.33 |
| 3.117 | **Nonpriority creditor's name and mailing address**<br>Walsh Vineyards Management, Inc.<br>1125 Golden Gate Drive<br>Napa, CA 94558<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $687,786.84 |
| 3.118 | **Nonpriority creditor's name and mailing address**<br>We Care Pest Solutions, Inc.<br>304 Sutton Place<br>Santa Rosa, CA 95407<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $155.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address**<br>West Won Bread, LLC<br>1800 Soscol Avenue, Suite A<br>Napa, CA 94559<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $540.00 |
| 3.120 | **Nonpriority creditor's name and mailing address**<br>Wine-N-Gear<br>5131 Chimineas Avennue<br>Tarzana, CA 91356<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $845.00 |
| 3.121 | **Nonpriority creditor's name and mailing address**<br>Yandell Truckaway<br>360 Industrial Center, Suite A<br>Benicia, CA 94510<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $892.69 |
| 3.122 | **Nonpriority creditor's name and mailing address**<br>Yount Street Glass<br>6565 Yount Street<br>Yountville, CA 94599<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $570.00 |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 3,664,532.95 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,664,532.95 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Vineburg, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________________

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | ERP software and cart | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Advanced Management Systems<br>P.O. Box 692<br>Napa, CA 94559 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Alarm and fire monitoring | |
| | State the term remaining | | |
| | List the contract number of any government contract | | All Guard<br>1306 Stealth Street<br>Livermore, CA 94551 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Fixed asset and intangible asset module | |
| | State the term remaining | Expires 3/31/2027 | |
| | List the contract number of any government contract | | Bloomberg Industries<br>P.O. Box 419889<br>Boston, MA 02241 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Gases and tank rentals for winemaking | |
| | State the term remaining | | |
| | List the contract number of any government contract | Expires 4/30/2027 | Complete Welders Supply<br>P.O. Box 2516<br>Napa, CA 94558 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Warehouse storage for cases of wine. | Evergreen Warehouse<br>P.O. Box 1344<br>Sonoma, CA 95476 |
| | State the term remaining | Expires 5/31/2027 | |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Vintage 2023 barrels | H&A Barrel Lease<br>Marlin/Peac Leasing<br>1225 E. Macarthur Street<br>Sonoma, CA 95476 |
| | State the term remaining | Expires 2/15/2028 | |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Vintage 2024 barrels | H&A Barrel Lease<br>Mitsubishi<br>1225 E. Macarthur Street<br>Sonoma, CA 95476 |
| | State the term remaining | Expires 2/15/2029 | |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Vintage 2025 barrels | H&A Barrel Lease<br>Financial Pacific<br>1225 E. MacArthur Street<br>Sonoma, CA 95476 |
| | State the term remaining | Expires 12/15/2029 | |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Copier Lease | Hewlett Packard<br>P.O. Box 402582<br>Atlanta, GA 30384 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 3550 Napa Road, Sonoma, California 95476 | |
| | State the term remaining | Expies 12/31/2044 | James T & Nancy K Bundschu Trust<br>3550 Napa Road<br>Sonoma, CA 95476 |
| | List the contract number of any government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Age verification and real time shipping compliance across state restrictions | |
| | State the term remaining | | Sovos Compliance<br>P.O. Box 3896<br>Carol Stream, IL 60132 |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Mitsubishi FBC25N3 Folklift for warehouse | |
| | State the term remaining | Expires 7/9/2030 | U.S. Bank, N.A.<br>P.O. Box 790448<br>Saint Louis, MO 63179 |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | 3 Mitsubishi Folklifts for production and tasting room. | |
| | State the term remaining | Expires 5/24/2030 | U.S. Bank, N.A.<br>P.O. Box 790448<br>Saint Louis, MO 63179 |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Wine management software (tracking costs for grapes, bulk wine, packaging, winemaking work orders, bottling, and dispatch of wine) | |
| | State the term remaining | Expires 4/30/2027 | Vintrace<br>548 Market Street, Suite 62071<br>San Francisco, CA 94104 |
| | List the contract number of any government contract | | |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name Vineburg, LLC |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) ____________ |

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Echo Echo LLC | 777 Madrone Road<br>Glen Ellen, CA 95442 | Sonoma Wine 2000 Denmark, LLC | ☒ D 2.4<br>☐ E/F<br>☐ G |
| 2.2 | Echo Echo LLC | 777 Madrone Road<br>Glen Ellen, CA 95442 | American AgCredit, FLCA | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.3 | James T & Nancy K Bundschu Trust | 3550 Napa Road<br>Sonoma, CA 95476 | Sonoma Wine 2000 Denmark, LLC | ☒ D 2.4<br>☐ E/F<br>☐ G |
| 2.4 | James T & Nancy K Bundschu Trust | 3550 Napa Road<br>Sonoma, CA 95476 | American AgCredit, FLCA | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.5 | James T. Bundschu | 3550 Napa Road<br>Sonoma, CA 95476 | Sonoma Wine 2000 Denmark, LLC | ☒ D 2.4<br>☐ E/F<br>☐ G |
| 2.6 | James T. Bundschu | 3550 Napa Road<br>Sonoma, CA 95476 | American AgCredit, FLCA | ☒ D 2.1<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Additional Page to List More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.7 | Nancy Bundschu | 3550 Napa Road<br>Sonoma, CA 95476 | Sonoma Wine 2000 Denmark, LLC | ☒ D 2.4<br>☐ E/F<br>☐ G |
| 2.8 | Nancy Bundschu | 3550 Napa Road<br>Sonoma, CA 95476 | American AgCredit, FLCA | ☒ D 2.1<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name Vineburg, LLC |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2026 to Filing Date | ☒ Operating a business<br>☐ Other | $9,616,180.00 |
| For prior year:<br>From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br>☐ Other | $16,235,188.00 |
| For year before that:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $18,451,652.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From 01/01/2026 to Filing Date | Overpayments, Thornsberry house rental income, sales and use tax refunds, equipment, barrels, and supplies sale | $24,050.00 |
| **For prior year:**<br>From 01/01/2025 to 12/31/2025 | Selling equipment and barrels, Thornsberry house rental income, commissions and reimbursements from vendors | $130,768.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From 01/01/2024 to 12/31/2024 | 2017 PG&E Fire Victims Trust settlements, selling barrels, commissions and reimbursements from vendors | $1,722,694.00 |

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. See Attachment A | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. See Attachment B | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Case: 26-10736 Doc# 1 Filed: 09/23/26 Entered: 09/23/26 00:26:52 Page 57 of 88

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Sonoma Wine 2000 Denmark, LLC v. Vineburg, LLC et al.<br>26CV05188 | Civil | Superior Court of California, County of Sonoma<br>3055 Cleveland Avenue<br>Santa Rosa, CA 95403 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Finestone Hayes LLP<br>456 Montgomery Street, Suite 1300<br>San Francisco, CA 94104 | $238,500.00 | 3/26/2026, 5/21/2026, 6/11/2026, 7/8/2026, 8/13/2026, 9/3/2026, 9/17/2026 | $238,500.00 |

**Email or website address**
www.fhlawllp.com

**Who made the payment, if not debtor?**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Bevilaqua Management LLC<br>305 Conor Court<br>Forestville, CA 95436 | $15,000.00 | 2/5/2026,<br>2/6/2026 | $15,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | Demeter Group Holdings LP<br>220 Halleck Street, Suite 220<br>San Francisco, CA 94129 | $166,328.37 | 5/8/2026,<br>6/8/2026,<br>7/16/2026,<br>8/6/2026,<br>9/3/2026,<br>9/17/2026 | $166,328.37 |
| | **Email or website address**<br>www.demeteradvisorygroup.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | Tim Wallace<br>1255 Castle Road<br>Sonoma, CA 95476 | $12,000.00 | 10/9/2025,<br>11/13/2025,<br>12/12/2025,<br>2/18/2026,<br>4/16/2026,<br>5/14/2026,<br>6/18/2026,<br>8/13/2026,<br>9/10/2026 | $12,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.5. | Armory Securities, LLC<br>200 N. Pacific Coast Highway,<br>Suite 1525<br>El Segundo, CA 90245 | $50,000.00 | 9/21/2026 | $50,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Debtor collects and stores names, email address, phone numbers, and credit card information of wine clubs members.

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

☒ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Evergreen Warehouse<br>21930 Carneros Lake Lane<br>Sonoma, CA 95476 | Limited employees of Vineberg, LLC | Cases of wine, limited merchandise, built-in office and break area for warehouse team. | ☐ No<br>☒ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Echo Echo, LLC<br>777 Madrone Road<br>Glen Ellen, CA 95442 | 21930 Carneros Lake Lane, Sonoma, California 95476 (leased warehouse) and 2000 Denmark Street, Sonoma, California 95476<br>Sonoma, CA 95476 | Cases of Wine | $326,239.00 |

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | BPM, LLP<br>375 E Street<br>Santa Rosa, CA 95404 | 2021 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | BPM, LLP<br>375 E Street<br>Santa Rosa, CA 95404 | 2021 to Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Case: 26-10736 Doc# 1 Filed: 09/23/26 Entered: 09/23/26 00:26:52 Page 62 of 88

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. BPM, LLP<br>375 E Street<br>Santa Rosa, CA 95404 | 2021 to Present |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. American Agcredit<br>302 N. Fleming, Suite 1<br>Garden City, KS 67846 |
| 26d.2. Sonoma Wine 2000 Denmark, LLC (Tiverton)<br>301 Hillsborough Street, Suite 1020<br>Raleigh, NC 27603 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Adam White, Tasting Room ManagerCourtney Colburn, VP of Finance and AccountingAbbey Uhr, VP of Retail | January 5-6, 2026, June 30, 2026, and August 27, 2026 | Specific Cost |

| Name and address of the person who has possession of inventory records |
|---|
| Vineburg, LLC<br>2000 Denmark Street<br>Sonoma, CA 95476 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Bundschu | 856 Oak Lane<br>Sonoma, CA 95476 | Chief Executive Officer | Indirect interest through Trust |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Katie Bundschu-Tynan | 28 El Nido Court<br>Sonoma, CA 95476 | Chief Marketing Officer | Indirect interest through Trust |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kathy DeVillers | | Chief Financial Officer | February 2023 to January 2026 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jessica Curotto | | Chief Revenue Officer | 2016 to January 2026 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See Attachment B | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2026

/s/ Jeff Bundschu
Signature of individual signing on behalf of the debtor

Jeff Bundschu
Printed name

Position or relationship to debtor Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Attachment A

**3. Payments to Creditors Within 90 Days Before Filing.** List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575.

| PAYEE | ADDRESS | AGGREGATE AMOUNT |
|---|---|---|
| FINESTONE HAYES LLP | 456 MONTGOMERY ST., SUITE 1300 SAN FRANCISCO, CA | $ 215,000.00 |
| WALSH VINEYARDS MANAGEMENT,INC | 1125 GOLDEN GATE DRIVE NAPA, CA | $ 180,000.00 |
| DEMETER GROUP HOLDINGS, LP | 220 HALLECK ST #220 SAN FRANCISCO, CA | $ 164,070.06 |
| WINECARE LOGISTICS, INC | 101 W AMERICAN CANYON RD STE # 508-356 AMERICAN CANYON, CA | $ 157,424.88 |
| UPS | PO BOX 650116 DALLAS, TX | $ 146,429.29 |
| CDTFA | SPECIAL TAXES REMITTANCE PO BOX 942879 SACRAMENTO, CA | $ 127,640.10 |
| CALIFORNIA CHOICE | BENEFIT ADMINISTRATORS PO BOX 7088 ORANGE, CA | $ 117,794.93 |
| CQ&A CONSULTING CUSTOMER | COMPLIANCE PO BOX 777 PINOLE, CA | $ 79,400.00 |
| TRICORBRAUN INC. | PO BOX 104638 PASADENA, CA | $ 77,078.76 |
| PACIFIC GAS & ELECTRIC CO | PO BOX 997300 SACRAMENTO, CA | $ 77,012.13 |
| EVERGREEN WAREHOUSING,LLC | PO BOX 1344 SONOMA, CA | $ 67,375.77 |
| BPM, LLP | PO BOX 8580 PASADENA, CA | $ 65,896.69 |
| CHASE CARDMEMBER SERVICE | P.O. BOX 62944 CAROL STREAM, IL | $ 61,135.44 |
| SONOMA COUNTY TAX COLLECTOR | PO BOX 3879 SANTA ROSA, CA | $ 54,009.26 |
| MCC PREMIUM LABEL SOLUTIONS | PO BOX 7410376 CHICAGO, IL | $ 52,322.86 |
| ARMORY SECURITIES LLC | 200 N. PACIFIC COAST HIGHWAY, SUITE 1524, EL SEGUNDO, CA | $ 50,000.00 |
| DEEPNET COMPUTER CONSULTING | 548 MARKET ST PMB 31588 SAN FRANCISCO, CA | $ 42,972.60 |
| JAMES BUNDSCHU | PO BOX 37 VINEBURG, CA | $ 30,000.00 |
| SANITATION SERVICES | PO BOX 751287 PETALUMA, CA | $ 29,137.47 |
| EMERSON WINES | 3289 SCENIC DRIVE NAPA, CA | $ 28,500.00 |
| TOMALES BAY FOODS | P.O BOX 103637 PASADENA, CA | $ 26,717.39 |
| RIVER ROAD GRAPE FARM,LLC | C/O RUSSIAN RIVER PARTNERS PO BOX 1022 WINDSOR, CA | $ 26,100.00 |
| AMERICAN NATIONAL | PAYMENT PROCESSING CENTER PO BOX 656 ALBANY, NY | $ 23,833.91 |
| LEWIS MECHANICAL INC. | 3715 SANTA ROSA AVE SANTA ROSA, CA | $ 23,005.54 |
| SCOTT PREMIUM CLOSURES LLC | 828 WALKER ROAD SUITE 21-2 DOVER, DE | $ 21,359.70 |
| ILLINOIS MIDWEST GENERAL | INSURANCE AGENCY, LLC PO BOX 9560 SPRINGFIELD, IL | $ 18,473.00 |
| HERITAGE SYSTEMS | 2471 SOLANO AVE. SUITE 141 NAPA, CA | $ 15,744.96 |
| AMS SOFTWARE, LLC | DBA ADVANCED MANAGEMENT SYSTEM PO BOX 692 NAPA, CA | $ 15,157.13 |
| SOVOS COMPLIANCE,LLC | PO BOX 3896 CAROL STREAM, IL | $ 15,018.13 |
| JEFF BUNDSCHU | PO BOX 1 VINEBURG, CA | $ 14,978.55 |
| GUARDIAN | PO BOX 677458 DALLAS, TX | $ 13,747.85 |
| PARAGON INSURANCE HOLDINGS LLC | PO BOX 969 WESTBROOK, CT | $ 12,608.00 |
| ABBEY UHR | 195 MORNING SUN AVENUE MILL VALLEY, CA | $ 11,333.63 |
| SCOTT LABORATORIES | PO BOX 888198 LOS ANGELES, CA | $ 11,097.11 |
| KAITLYN TINDER | 673 STUDLEY STREET SONOMA, CA | $ 10,851.33 |
| ALDER SPRINGS VINEYARD | PO BOX 838 LAYTONVILLE, CA | $ 10,791.00 |
| HERNAN VALVERDE | 6312 CUTWATER CIRCLE CHARLOTTE, NC | $ 10,260.64 |
| RECOLOGY | PO BOX 841889 LOS ANGELES, CA | $ 9,719.43 |
| NORDBY WINE CAVES | 600 BICENTENNIAL WAY STE 210 SANTA ROSA, CA | $ 8,967.27 |
| OAK PAPER PRODUCTS COMPANY,INC | DBA ACORN PAPER PRODUCTS CO. PO BOX 23965 LOS ANGELES, CA | $ 8,889.92 |
| COMPLETE WELDERS SUPPLY | PO BOX 2516 NAPA, CA | $ 8,878.19 |

## Attachment B

**4. Insider Payments or Other Property Transfers (1 year).** List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575.

| PAYEE | DATE | AMOUNT | REASON FOR PAYMENT |
|---|---|---|---|
| LIZ BUNDSCHU | 09/25/25 | $ 103.00 | EXPENSE REIMBURSEMENT |
| JEFF BUNDSCHU | 10/06/25 | $ 4,992.85 | TIC LEASE PAYMENT |
| JAMES BUNDSCHU | 10/30/25 | $ 7,545.00 | PAYROLL AND PAYMENT FROM ALLIED |
| JEFF BUNDSCHU | 10/30/25 | $ 4,992.85 | TIC LEASE PAYMENT |
| JAMES BUNDSCHU | 11/06/25 | $ 15,090.00 | PAYROLL |
| JAMES BUNDSCHU | 11/13/25 | $ 15,090.00 | PAYROLL |
| KATIE BUNDSCHU | 11/20/25 | $ 373.83 | EXPENSE REIMBURSEMENT |
| JEFF BUNDSCHU | 12/02/25 | $ 4,992.85 | TIC LEASE PAYMENT |
| JEFF BUNDSCHU | 01/09/26 | $ 4,992.85 | TIC LEASE PAYMENT |
| JAMES BUNDSCHU | 02/05/26 | $ 27,545.77 | PAYROLL AND PAYMENT FROM ALLIED |
| KATIE BUNDSCHU | 02/05/26 | $ 1,816.75 | EXPENSE REIMBURSEMENT |
| KATIE BUNDSCHU | 02/12/26 | $ 2,097.69 | EXPENSE REIMBURSEMENT |
| JEFF BUNDSCHU | 03/05/26 | $ 4,992.85 | TIC LEASE PAYMENT |
| JAMES BUNDSCHU | 03/25/26 | $ 10,000.00 | PAYROLL |
| JEFF BUNDSCHU | 04/02/26 | $ 4,992.85 | TIC LEASE PAYMENT |
| KATIE BUNDSCHU | 04/09/26 | $ 503.26 | EXPENSE REIMBURSEMENT |
| JAMES BUNDSCHU | 04/16/26 | $ 10,000.00 | PAYROLL |
| JEFF BUNDSCHU | 05/06/26 | $ 4,992.85 | TIC LEASE PAYMENT |
| JAMES BUNDSCHU | 05/14/26 | $ 10,000.00 | PAYROLL |
| JAMES BUNDSCHU | 05/21/26 | $ 10,000.00 | PAYROLL |
| JAMES BUNDSCHU | 05/28/26 | $ 10,000.00 | PAYROLL |
| JEFF BUNDSCHU | 06/01/26 | $ 4,992.85 | TIC LEASE PAYMENT |
| JAMES BUNDSCHU | 06/04/26 | $ 10,000.00 | PAYROLL |
| KATIE BUNDSCHU | 06/11/26 | $ 1,114.95 | EXPENSE REIMBURSEMENT |
| JAMES BUNDSCHU | 07/02/26 | $ 10,000.00 | PAYROLL |
| JEFF BUNDSCHU | 07/02/26 | $ 4,992.85 | TIC LEASE PAYMENT |
| JEFF AND LIZ BUNDSCHU | 07/06/26 | $ 50,000.00 | REIMBURSEMENT OF PAYROLL LOAN |
| JEFF AND LIZ BUNDSCHU | 07/09/26 | $ 50,000.00 | REIMBURSEMENT OF PAYROLL LOAN |
| KATIE BUNDSCHU | 07/16/26 | $ 2,819.59 | EXPENSE REIMBURSEMENT |
| JEFF BUNDSCHU | 08/03/26 | $ 4,992.85 | TIC LEASE PAYMENT |
| JAMES BUNDSCHU | 08/06/26 | $ 10,000.00 | PAYROLL |
| JAMES BUNDSCHU | 09/03/26 | $ 10,000.00 | PAYROLL |
| JEFF BUNDSCHU | 09/03/26 | $ 4,992.85 | TIC LEASE PAYMENT |
| KATIE BUNDSCHU | 09/10/26 | $ 1,264.30 | EXPENSE REIMBURSEMENT |

# United States Bankruptcy Court
## Northern District of California

In re Vineburg, LLC — Debtor(s)

Case No. ____________

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| James T & Nancy K Bundschu Trust<br>3550 Napa Road<br>Sonoma, CA 95476 | Units | 6,487,804 | 43.57% |
| Vineburg Vineyards, Inc.<br>2000 Denmark Street<br>Sonoma, CA 95476 | Units | 1,356,000.00 | 9.1% |
| Vineburg Wine Company, Inc.<br>2000 Denmark Street<br>Sonoma, CA 95476 | Units | 7,049,491.00 | 47.33% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date September 22, 2026

Signature /s/ Jeff Bundschu
Jeff Bundschu

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re
Vineburg, LLC

Case No.

Debtor(s). /

CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of 17 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: September 22, 2026

/s/ Jeff Bundschu
Debtor's Responsible Individual

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

A-1 Compressor Company
31100 Dutton Avenue, Suite 114
Santa Rosa, CA 95407

Aaqua Tools
3233 Fitzgerald Road, Suite B
Rancho Cordova, CA 95742

Acrolon Technologies, Inc.
19201 Sonoma Hwy #256
Sonoma, CA 95476

Advanced Management Systems
P.O. Box 692
Napa, CA 94559

Alder Springs Vineyard
10 Maybridge Road
Belvedere Tiburon, CA 94920

All Guard
1306 Stealth Street
Livermore, CA 94551

American AgCredit, FLCA
4845 Old Redwood Highway
Santa Rosa, CA 95403

Amerifactors
P.O. Box 628328
Orlando, FL 32862

Ams Software, LLC
P.O. Box 692
Napa, CA 94559

Auto-Chlor Systems
27 Maxwell Court
Santa Rosa, CA 95401

Barlas Feeds
430 Bailey Avenue
Petaluma, CA 94952

Bertoli Mobile Emmissions
2621 Porter Creek Road
Santa Rosa, CA 95404

Bloomberg Industries
P.O. Box 419889
Boston, MA 02241

Boutin Jones Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814

Breakthru Beverage Pennsylvania
129 Hartman Road
North Wales, PA 19454

Bright Event Rentals
145 Park Lane
Brisbane, CA 94005

Brocco'S Old Barn
19660 Arnold Drive
Sonoma, CA 95476

C-Line Express, Inc.
P.O. Box 540
Napa, CA 94559

Ca Land Stewardship Institute
550 Gateway Drive, Suite 106
Napa, CA 94558

Cal Recycle
P.O. Box 4025
Sacramento, CA 95814

Cal. Employment Development Dept.
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280

California Dept. of Tax and Fee Admin.
450 N Street, MIC: 104
Sacramento, CA 95814

Ccof Certification Services
877 Cedar Street, Suite 248
Santa Cruz, CA 95060

Chase Cardmember Service
P.O. Box 62944
Carol Stream, IL 60197

Checkrite Backflow Serv Inc.
3618 Chanate Road
Santa Rosa, CA 95404

Cintas Corporation
P.O. 631025
Cincinnati, OH 45263

Clear Pond Solutions
374 Ely Road N
Petaluma, CA 94954

Comcast
P.O. Box 60533
City Of Industry, CA 91716

Complete Welders Supply
P.O. Box 2516
Napa, CA 94558

Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693

Coolwine
4990 Vine Hill Rroad
Sebastopol, CA 95472

County Of Sonoma
Permit And Resource Department
2550 Ventura Avenue
Santa Rosa, CA 95403

CQ&A Consulting Customer
Compliance
P.O. Box 777
Pinole, CA 94564

Craftsman Painting
22745 S Central Avenue
Sonoma, CA 95476

Crealis USA Inc.
2601 Maxwell Way
Fairfield, CA 94534

Culligan of Sonoma County
1236 Cleveland Avenue
Santa Rosa, CA 95401

Deepnet Computer Consulting
548 Market Street PMB 31588
San Francisco, CA 94104

Demeter Group Holdings, LP
1508 Bay Road, #511
Miami Beach, FL 33139

Dickenson, Peatman & Fogarty
1500 1St Street, Suite 200
Napa, CA 94559

Dino's
410 Garfield Park Avenue
Santa Rosa, CA 95409

Eagle Automotive Sonoma
23003 Arnold Drive
Sonoma, CA 95476

Echo Echo LLC
777 Madrone Road
Glen Ellen, CA 95442

Emerson Wines
3289 Scenic Drive
Napa, CA 94558

Evergreen Warehouse
P.O. Box 1344
Sonoma, CA 95476

Farella Braun & Martel, LLP
One Bush Street, Suite 900
San Francisco, CA 94104

Fedex
P.O. Box 7221
Pasadena, CA 91109

Fisher Scientific Company, LLC
13551 Collection Center Drive
Chicago, IL 60693

Flock Safety
3284 Northside Parkway Nw
Atlanta, GA 30327

FP Finance Program
P.O. Box 660831
Dallas, TX 75266

Franchise Tax Board
Bankruptcy Section MS A-340
P.O. Box 2952
Sacramento, CA 95812

Franciscan Holdings, LLC
812 Jones Street
Berkeley, CA 94710

Free Flow Wines, LLC
P.O. Box 2189
Seal Beach, CA 90740

Garton Tractor
211 Cresco Court
Santa Rosa, CA 95407

Guardian
P.O. Box 677458
Dallas, TX 75267

Guild Napa
575 Coombsville Road
Napa, CA 94558

GVM Law, LLP
1000 Main Street, Suite 300
Napa, CA 94559

H A Financing & Services Corp.
1225 E. Macarthur Street
Sonoma, CA 95476

H&A Barrel Lease
Marlin/Peac Leasing
1225 E. Macarthur Street
Sonoma, CA 95476

H&A Barrel Lease
Mitsubishi
1225 E. Macarthur Street
Sonoma, CA 95476

H&A Barrel Lease
Financial Pacific
1225 E. MacArthur Street
Sonoma, CA 95476

Handker
413 Court Street
Fulton, MO 65251

Haybeach Special Opportunities Fund, L.P
555 Theodore Fremd Avenue, Suite C-303
Rye, NY 10580

Heritage Systems
2471 Solano Avenue, Suite 141
Napa, CA 94558

Hewlett Packard
P.O. Box 402582
Atlanta, GA 30384

Hewlett-Packard Financial Services
P.O. Box 402582
Atlanta, GA 30384

Hinman & Carmichael, LLP
260 California Street, Suite 700
San Francisco, CA 94111

Hobart Sales and Service
905 West College Avenue
Santa Rosa, CA 95401

Hogan Land Services
4780 Sonoma Hwy
Santa Rosa, CA 95409

Illinois Midwest General
Insurance Agency, LLC
P.O. Box 9560
Springfield, IL 62791

Imprint Enterprises, Inc.
555 N.Commons Drive
Aurora, IL 60504

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

James Bundschu
P.O. Box 37
Vineburg, CA 95487

James T & Nancy K Bundschu Trust
3550 Napa Road
Sonoma, CA 95476

James T. Bundschu
3550 Napa Road
Sonoma, CA 95476

Jeff Bundschu
856 Oak Lane
Sonoma, CA 95476

Jeff Bundschu, Katie Bundschu,
James Bundschu, and Nancy Bundschu
2000 Denmark Street
Sonoma, CA 95476

JS Held LLC
445 South Figueroa Street, Suite 2950
Los Angeles, CA 90071

K & L Beverage Company, LC
P.O. Box 9300
Renton, WA 98057

Katie Bundschu-Tynan
28 El Nido Court
Sonoma, CA 95476

Lace House Laundry & Linen
Supply, Inc.
949 Lindberg Lane
Petaluma, CA 94952

Lewis Mechanical Inc.
3715 Santa Rosa Ave
Santa Rosa, CA 95407

Lighthouse Services LLC
630 Freedom Business Center Drive
Third Floor
King Of Prussia, PA 19406

Logan Cooper
c/o Equal Access Law Group
4903 Avenue N
Brooklyn, NY 11234

Monterey Cheese Company
P.O. Box 305
Sonoma, CA 95476

Motion Industries, Inc.
2041 Saybrook Avenue
Los Angeles, CA 90040

Nakedwines.com, Inc.
P.O. Box 2760
Napa, CA 94558

Nancy Bundschu
3550 Napa Road
Sonoma, CA 95476

Napa Nuts
1755 Industrial Way, Suite 7
Napa, CA 94558

North Bay Copier
150 Professional Center Drive, Suite H
Rohnert Park, CA 94928

Nrai, Inc.
P.O. Box 4349
Carol Stream, IL 60197

Oak Paper Products Company, Inc.
P.O. Box 23965
Los Angeles, CA 90023

Pace Supply
P.O. Box 6407
Rohnert Park, CA 94927

Pacific Gas & Electric Co
P.O. Box 997300
Sacramento, CA 95899

Patt's Copy World
677 1St Street West
Sonoma, CA 95476

Petaluma Minuteman, Inc.
139 Lakeville Street
Petaluma, CA 94952

Phoebe Townsend
118 North Kilkea Drive
Los Angeles, CA 90048

Power Pole Service Inc
4156 Santa Rosa Ave
Santa Rosa, CA 95407

Precision Forecasting, LLC
P.O. Box 51189
Seattle, WA 98115

Professional Kitchen Services, Inc.
5861 88Th Street Ste 600
Sacramento, CA 95828

Qed Consulting Group
1825 Hartley Street
Lakeport, CA 95453

Quench USA, Inc.
P.O. Box 735777
Dallas, TX 75373

Recology
P.O. Box 841889
Los Angeles, CA 90084

River Road Grape Farm, LLC
C/O Russian River Partners
P.O. Box 1022
Windsor, CA 95492

Ruby Wines NH
105 Gay Street
Manchester, NH 03103

Sanitation Services
P.O. Box 751287
Petaluma, CA 94975

Santa Rosa Press Democrat
P.O. Box 8006
Willoughby, OH 44096

Scan Solutions Inc.
P.O. Box 735708
Chicago, IL 60673

Scott Laboratories
P.O. Box 888198
Los Angeles, CA 90088

Scott Premium Closures LLC
828 Walker Road, Suite 21-2
Dover, DE 19904

Sesac
P.O. Box 737457
Dallas, TX 75373

Sonoma County Farm Bureau
3589 Westwind Blvd.
Santa Rosa, CA 95403

Sonoma County Tax Collector
585 Fiscal Drive #100F
Santa Rosa, CA 95403

Sonoma County Winegrape Comm. (SCWC)
3245 Guerneville Road
Santa Rosa, CA 95401

Sonoma Glassworks
19210 Sonoma Hwy
Sonoma, CA 95476

Sonoma Paint Center
815 West Napa Street
Sonoma, CA 95476

Sonoma Valley Hospital
347 Andrieux Street
Sonoma, CA 95476

Sonoma Valley Vintners and
Growers Alliance
P.O. Box 1698
Sonoma, CA 95476

Sonoma Wine 2000 Denmark, LLC
c/o Tiverton Advisors, LLC
301 Hillsborough Street, Suite 1020
Raleigh, NC 27603

Sovos Compliance
P.O. Box 3896
Carol Stream, IL 60132

SWRCB - Accounting Office
Attention - ACL Payment
P.O. Box 1888
Sacramento, CA 95812

Syntrio, Inc.
P.O. Box 739426
Dallas, TX 75373

The Regents of U.C.
Davis AR Lockbox
P.O. Box 741816
Los Angeles, CA 90074

Theodore Nagel
19080 Gehricke Road
Sonoma, CA 95476

Tomales Bay Foods
P.O. Box 103637
Pasadena, CA 91189

Top It Off Bottling, LLC
2747 Napa Valley Corporate Drive
Napa, CA 94558

Towlift
P.O. Box 31001
Pasadena, CA 91110

Tricorbraun Inc.
P.O. Box 104638
Pasadena, CA 91189

Tuff Boy Leasing, Inc.
5151 E. Almondwood Drive
Manteca, CA 95337

U.S. Bank, N.A.
P.O. Box 790448
Saint Louis, MO 63179

UBS Agrivest Farmland Fund LP
Farmland Investors LLC
1920 Tienda Drive, Suite 204
Lodi, CA 95242

Uline Shipping Supplies
Attn: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680

UPS
P.O. Box 650116
Dallas, TX 75265

Us Pure Water Corp
20 Galli Drive Suite E
Novato, CA 94949

Valley Forklift
P.O. Box 2637
Fresno, CA 93745

Valley of the Moon
Water District
P.O. Box 280
El Verano, CA 95433

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266

Vermont Information Processing
402 Watertower Circle
Colchester, VT 05446

Vintrace
548 Market Street, Suite 62071
San Francisco, CA 94104

Vinx2 Winery Software, Inc.
548 Market Street, Suite 62071
San Francisco, CA 94104

Walsh Vineyards Management, Inc.
1125 Golden Gate Drive
Napa, CA 94558

Wanger Jones Helsley PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720

We Care Pest Solutions, Inc.
304 Sutton Place
Santa Rosa, CA 95407

West Won Bread, LLC
1800 Soscol Avenue, Suite A
Napa, CA 94559

Wine-N-Gear
5131 Chimineas Avennue
Tarzana, CA 91356

Yandell Truckaway
360 Industrial Center, Suite A
Benicia, CA 94510

Yount Street Glass
6565 Yount Street
Yountville, CA 94599

# United States Bankruptcy Court
## Northern District of California

In re Vineburg, LLC — Debtor(s)

Case No. ______

Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Vineburg, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Vineburg Wine Company, Inc.
2000 Denmark Street
Sonoma, CA 95476

☐ None [*Check if applicable*]

September 22, 2026
Date

/s/ Stephen D. Finestone
Stephen D. Finestone
Signature of Attorney or Litigant
Counsel for Vineburg, LLC
Finestone Hayes LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
sfinestone@fhlawllp.com

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy