# United States Bankruptcy Court
## Northern District of California

In re Vineburg, LLC
Debtor(s)

Case No. 
Chapter 11

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case, I have agreed to accept and received a retainer of ........................................................................ $ 238,500.00
   b) The undersigned shall bill against the retainer at an hourly rate of.......... $ 450.00 to 710.00

3. $ 1,738.00 of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: September 22, 2026

Respectfully submitted,

/s/ Stephen D. Finestone

Attorney for Debtor: Stephen D. Finestone
Finestone Hayes LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
(415) 421-2624
sfinestone@fhlawllp.com

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy